**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JAREK MOLSKI; DISABILITY RIGHTS
ENFORCEMENT EDUCATION SERVICES:
HELPING YOU HELP OTHERS, a
California public benefit
corporation,
         *Plaintiffs-Appellants,*

v.

EVERGREEN DYNASTY CORP., d/b/a
MANDARIN TOUCH RESTAURANT;
BRIAN MCINERNEY; KATHY S.
MCINERNEY, as joint tenants,
         *Defendants-Appellees.*

No. 05-56452

D.C. No.
CV-04-00450-ER
Central District of
California,
Los Angeles

ORDER

Filed April 22, 2008

Before: Jerome Farris and Ronald M. Gould, Circuit Judges,
and Kevin Thomas Duffy,* District Judge.

---

## ORDER

The order denying the Petition for Rehearing En Banc in
this case, filed on April 7, 2008, is amended as follows:

In the second paragraph, the first full sentence is deleted
and is replaced with the following text: "The full court has
been advised of Plaintiff/Appellant's Petition for Rehearing
En Banc, and a judge of this court requested a vote on
whether this case should be reheard en banc; however, a

---

*The Honorable Kevin Thomas Duffy, Senior United States District
Judge for the Southern District of New York, sitting by designation.

majority of the non-recused active judges of the court did not vote in favor of en banc consideration."

A sentence is added at the end of the order stating: "Judges Graber and Fisher were recused from considering the en banc issues in this case and did not participate in the court's decision."

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.